Robert K. Meyer, OSB No. 086470
robert@oregonworkplacelaw.com
Christina E. Stephenson, OSB No. 102287
christina@oregonworkplacelaw.com
Talia Y. Guerriero, OSB No. 115271
talia@oregonworkplacelaw.com
Meyer Stephenson
1 SW Columbia, Suite 1850
Portland, OR 97204
Phone: (503) 459-4010

    Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JENNIFER ROSE,**<br><br>    Plaintiff,<br><br>v.<br><br>**CITY OF COQUILLE,** an Oregon City; **RICK HOHNBAUM,** in his official and individual capacities; **DOUGLAS MILLER**, in his individual and official capacities; **SCOTT SANDERS**, in his individual and official capacities; **SAMUEL BAUGH**, in his individual and official capacities; and **JAMES MARTIN**, in his official and individual capacities;<br><br>    Defendants. | Case No. 6:21-CV-00703-MK<br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY** |

Page 1     JOINT STATUS REPORT AND PROPOSED CASE MANAGEMENT SCHEDULE

MEYER STEPHENSON
1 SW COLUMBIA ST STE 1850
PORTLAND, OR 97204
VOICE: (503) 459-4010
FAX: (503) 512-5022

Pursuant to FRCP 41(a)(1), Plaintiff and Defendants, by and through their counsel of record, hereby stipulate that this action and all claims and counterclaims herein shall be dismissed with prejudice and without attorney fees or costs to any party.

IT IS SO STIPULATED this 27th day of December, 2021:

| MEYER STEPHENSON | HELTZEL WILLIAMS PC |
|---|---|
| By: *s/Talia Y. Guerriero* <br> Robert K. Meyer, OSB No. 086470 <br> robert@oregonworkplacelaw.com <br> Christina E. Stephenson, OSB No. 102287 <br> christina@oregonworkplacelaw.com <br> Talia Y. Guerriero, OSB No. 115271 <br> talia@oregonworkplacelaw.com <br><br> *Of Attorneys for Plaintiff* | By: *s/ Andrew D. Campbell* <br> Andrew D. Campbell, OSB No. 022647 <br> andrew@heltzel.com <br> *Of Attorneys for Defendants* |

Page 2   JOINT STATUS REPORT AND PROPOSED CASE MANAGEMENT SCHEDULE

MEYER STEPHENSON
1 SW COLUMBIA ST STE 1850
PORTLAND, OR 97204
VOICE: (503) 459-4010
FAX: (503) 512-5022