IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JENNIFER ROSE,<br><br>          Plaintiff,<br><br>  v.<br><br>CITY OF COQUILLE et al,<br><br>          Defendants. | 6:21-cv-00703-MK<br><br>JUDGMENT |

Based on the Stipulated Notice of Voluntary Dismissal (ECF No. 20), this is action is dismissed with prejudice and without attorney fees or costs to any party, pursuant to Fed. R. Civ. P. 41(a)(1).

Pending motions, if any, are denied as moot. All pretrial deadlines, hearings, and any trial date are stricken.

Dated this 28th day of December 2021.

                   MARY L. MORAN
                   Clerk of Court

                By:  /s/ J. Klein
                     Deputy Clerk